IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| IAN BUCK, INDIVIDUALLY; JONAS BUCK, INDIVIDUALLY; AMY BUCK, INDIVIDUALLY; ERIC BUCK, INDIVIDUALLY; AND AMY BUCK AND ERIC BUCK AS PARENTS AND NEXT FRIENDS OF M.B., A MINOR,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BAUS; SCHNEIDER NATIONAL CARRIERS, INC.,<br><br>Defendants. | Case No. LACV137250<br><br>**NOTICE OF REMOVAL** |

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

Defendants, John Baus and Schneider National Carriers, Inc., by and through the undersigned attorneys, respectfully state as follows:

**A.   Pleadings in State Court**

1.   On April 16, 2019, a civil action was commenced in the District Court for Black Hawk County styled: *Ian Buck, Individually; Jonas Buck, Individually; Amy Buck, Individually; Eric Buck, Individually; and Amy Buck and Eric Buck as Parents and Next Friends of M.B., a Minor, Plaintiffs v. John Baus; Schneider National Carriers, Inc.; Schneider National Bulk Carriers, Inc.; Schneider National, Inc.; and USAA Casualty Insurance Company, Defendants*, Black Hawk County Law No. LACV137250. See, attached Attachment A (Pleadings in State Court).

2. On June 3, 2019, a dismissal without prejudice was filed in the case dismissing from the case the following defendants: Schneider National Bulk Carriers, Inc.; Schneider National, Inc.; and USAA Casualty Insurance Company. The remaining defendants are John Baus and Schneider National Carriers, Inc. See, Attachment A.

3. On June 11, 2019, counsel for Defendants Schneider National Carriers, Inc. and John Baus accepted service of the original notice and petition filed in Black Hawk County. See, Attachment A.

4. On June 27, 2019, counsel for Defendants Schneider National Carriers, Inc. and John Baus filed an appearance. See, Attachment A.

5. No motions are pending in the state court proceedings. See, Attachment B.

**B.** **Statement of Other Jurisdictional Facts**

6. Plaintiffs are domiciled and reside in Minnesota.

7. Defendant Schneider National Carriers, Inc. is incorporated in Nevada, with its principal place of business in Green Bay, Wisconsin.

8. Defendant John Baus is domiciled and resides in Wisconsin.

9. All plaintiffs in the case are citizens of different states from all remaining defendants, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

10. Notice of removal is timely filed under 28 U.S.C. § 1446(b).

11. Diversity jurisdiction over the action is vested in this Court pursuant to 28 U.S.C. § 1332(a)(1).

12. Accordingly, this civil action is one over which this Court has original federal jurisdiction pursuant to 28 U.S.C. § 1332 and this action may be removed to this Court by the defendants, pursuant to 28 U.S.C. § 1441.

BRICK GENTRY, P.C.

By: */s/ Dennis P. Ogden*
Dennis P. Ogden            AT0005838
6701 Westown Pkwy, Ste. 100
West Des Moines, IA 50266
Telephone: (515) 271-5912
Facsimile: (515) 274-1488
E-mail: dennis.ogden@brickgentrylaw.com
*ATTORNEYS FOR DEFENDANTS*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on June 27, 2019, by

☐ U.S. Mail             ■ EDMS/ECF

☐ Hand Delivered        ☐ Electronic Mail

☐ FedEx/ Overnight Carrier   ☐ Other

Pressley Henningsen
Tim Semelroth
Benjamin Long
Brian Ivers
RSH LEGAL, P.C.
425 Second Street SE, Suite 1140
Cedar Rapids, IA 52401
Phone: (319) 365-9200
Fax: (319) 365-1114
Email: phenningsen@fightingforfairness.com
Email: tsemelroth@fightingforfairness.com
Email: blong@fightingforfairness.com
Email: bivers@fightingforfairness.com
*ATTORNEYS FOR PLAINTIFFS*

Signature:   */s/ Dennis P. Ogden*