# ATTACHMENT A

---

## LR 81(a)(1) - COPIES OF ALL PROCESS, PLEADINGS AND ORDERS FILED IN THE STATE CASE

---

# **PETITION AND ORIGINAL NOTICE**
## FILED APRIL 16, 2019

IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| Ian Buck, Individually; Jonas Buck, Individually; Amy Buck, Individually; Eric Buck, Individually; and Amy Buck and Eric Buck as Parents and Next Friends of M.B., a Minor, | ) ) ) ) ) | LAW NO. |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **ORIGINAL NOTICE** |
| John Baus; Schneider National Carriers, Inc.; Schneider National Bulk Carriers, Inc.; Schneider National, Inc.; and USAA Casualty Insurance Company, | ) ) ) ) ) ) | |
| Defendants. | | |

TO THE ABOVE NAMED DEFENDANTS:

You are hereby notified that there is now on file in the office of the clerk of the above court a petition in the above-entitled action, a copy of which petition is attached hereto.  THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.  Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption for the court, you must file your Appearance and Answer electronically.    You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC          DOCUMENT          MANAGEMENT          SYSTEM: http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER  TO  DIVISION  VI  OF  IOWA  COURTS  RULES  CHAPTER  16: http://www.iowacourts.state.ia.us/Efile

You are hereby notified that there is now on file in the office of the clerk of the above court a petition in the above-entitled action, a copy of which petition is attached hereto.  THIS CASE IS FILED IN AN ELECTRONIC FILING COUNTY.  The Plaintiff's attorney is Pressley Henningsen whose address is Suite 1140, 425 Second Street SE, Cedar Rapids, Iowa, 52401 (319) 365-9200.

You are further notified that unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter e-file a motion or answer, in the Iowa

District Court for Black Hawk County, at the courthouse in Waterloo, Iowa, judgment by default will be rendered against you for the relief demanded in the petition.

If you need assistance to participate in court due to a disability, call the disability coordinator at (319) 833-3332. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). Disability coordinators cannot provide legal advice.

(SEAL)

_____
CLERK OF THE ABOVE COURT

NOTE: The attorney who is expected to represent the defendant should be promptly advised by defendants of the service of this notice.

# STATE OF IOWA JUDICIARY

*Case No.* LACV137250

*County* BlackHawk

*Case Title* I BUCK ETAL VS J BAUS ETAL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 04/17/2019 09:48:06 AM



*District Clerk of* BlackHawk *County*

/s/ Jessica Graham

IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| Ian Buck, Individually; Jonas Buck, Individually; Amy Buck, Individually; Eric Buck, Individually; and Amy Buck and Eric Buck as Parents and Next Friends of M.B., a Minor, | ) ) ) ) ) | LAW NO. |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **PETITION AT LAW AND JURY DEMAND** |
| John Baus; Schneider National Carriers, Inc.; Schneider National Bulk Carriers, Inc.; Schneider National, Inc.; and USAA Casualty Insurance Company, | ) ) ) ) ) ) | |
| Defendants. | ) | |

PLAINTIFFS, in support of their cause of action against Defendants state as follows:

## COMMON ALLEGATIONS

1. Plaintiff Ian Buck was at all times relevant hereto a resident of Saint Paul, Ramsey County, Minnesota.

2. Plaintiff Jonas Buck was at all times relevant hereto a resident of Saint Paul, Ramsey County, Minnesota.

3. Plaintiff Amy Buck was at all times relevant hereto a resident of Saint Paul, Ramsey County, Minnesota.

4. Plaintiff Eric Buck was at all times relevant hereto a resident of Saint Paul, Ramsey County, Minnesota.

5. Plaintiff M.B., a Minor, was at all times relevant hereto a resident of Saint Paul, Ramsey County, Minnesota.

6. Plaintiffs Amy Buck and Eric Buck are the parents of the minor Plaintiff M.B.

7. Defendant John Baus was at all times material hereto a resident of Milwaukee,

Milwaukee County, Wisconsin.

8.      Defendant Schneider National Carriers, Inc. was at all times material hereto a foreign for-profit corporation with its primary place of business in the state of Wisconsin and doing business in the state of Indiana, Oklahoma, and/or Iowa.

9.      Defendant Schneider National Bulk Carriers, Inc. was at all times material hereto a foreign for-profit corporation with its primary place of business in the state of Wisconsin and doing business in the state of Indiana, Oklahoma, and/or Iowa.

10.      Defendant Schneider National, Inc. was at all times material hereto a foreign for-profit corporation with its primary place of business in the state of Wisconsin and doing business in the state of Indiana, Oklahoma, and/or Iowa.

11.      Defendant USAA Casualty Insurance Company was at all times material hereto an insurance company doing business in the state of Minnesota.

12.      At all times material hereto, upon information and belief, Defendant John Baus was an employee of Defendant(s) Schneider National Carriers, Inc.; Schneider National Bulk Carriers, Inc.; and/or Schneider National, Inc. (herein after collectively referred to as "Schneider National Carriers").

13.      At all times material hereto, upon information and belief, Defendant John Baus was an agent of Defendant Schneider National Carriers.

14.      At all times material hereto, Schneider National Carriers was the owner of a 2018 Freightliner Model TT bearing Indiana license plate number 2512777.

15.      At all times material hereto, Schneider National Carriers was the owner of a trailer bearing Oklahoma license plate number 3474GU.

16.      At all times material hereto, Defendant John Baus was operating the aforementioned

2

semi-truck and trailer with the knowledge and consent of the owner, Defendant Schneider National Carriers.

17.     On or about December 29, 2017, Defendant John Baus was traveling westbound on Interstate 380 near mile marker 67 in Black Hawk County, Iowa.

18.     At the same time, Ian Buck was the operator of a vehicle that was also westbound and located in front of the tractor-trailer being operated by John Baus.

19.     Defendant John Baus drove into the vehicle being operated by Plaintiff Ian Buck.

20.     Plaintiffs Jonas Buck, Amy Buck, and M.B. were passengers in the vehicle operated by Plaintiff Ian Buck.

21.     Plaintiffs Ian Buck, Jonas Buck, Amy Buck, and M.B. suffered injuries and damages in the collision.

22.     The amount in controversy exceeds jurisdictional minimums.

## DIVISION ONE – DEFENDANT JOHN BAUS

### Count I – Negligence

23.     Plaintiffs replead Paragraphs 1 through 22 as if fully set forth herein.

24.     Defendant John Baus' was negligent and his negligence was a cause of the collision which injured Plaintiffs.

25.     Defendant John Baus was generally negligent and specifically negligent in the operation of said vehicle, including but not limited to the following particulars:

      a.  Failing to keep a proper lookout;

      b.  Failing to maintain control of said vehicle;

      c.  Failing to drive at a careful speed in regard to the traffic and existing conditions;

      d.  Driving at a speed greater than permitted him to stop within the assured clear distance;

      e.  Failing to properly reduce his speed in accordance with the existing conditions;

3

     f.   Failing to stop within the assured clear distance;

     g.   Failure to comply with Federal Motor carrier Safety Regulations regarding unsafe driving;

     h.   Failure to comply with Federal Motor carrier Safety Regulations regarding vehicle maintenance;

     i.   Failure to comply with Federal Motor carrier Safety Regulations regarding driver fitness driving; and

     j.   Other manners which may become known through the course of discovery.

26.    As a result of the negligence of Defendant John Baus, Plaintiffs Ian Buck; Jonas Buck; Amy Buck; and M.B. have suffered and will in the future continue to suffer injuries and damages, including but not limited to:

     a.   Past and future medical expenses;

     b.   Past lost wages and/or future loss of earning capacity;

     c.   Past and future physical and mental pain and suffering; and

     d.   Past and future loss of full mind and body.

WHEREFORE, Plaintiffs pray for judgment against Defendant John Baus in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action, and such other further relief as just.

### Count II – Spousal Consortium

27.    Plaintiffs replead Paragraphs 1 through 26 as if fully set forth herein.

28.    As a result of the negligence of Defendant John Baus, Plaintiff Eric Buck has suffered and will in the future continue to suffer loss of services, companionship, and society of Plaintiff Amy Buck, his wife.

WHEREFORE, Plaintiffs pray for judgment against Defendant John Baus in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action, and such other

further relief as just.

## Count III – Parental Consortium

29.     Plaintiffs replead Paragraphs 1 through 28 as if fully set forth herein.

30.     As a result of the negligence of Defendant John Baus, Plaintiffs Ian Buck; Jonas Buck; and M.B. have suffered and will in the future continue to suffer loss of services; companionship; and society of Plaintiff Amy Buck, their mother.

WHEREFORE, Plaintiffs pray for judgment against Defendant John Baus in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action, and such other further relief as just.

## Count IV – Parent-Child Consortium

31.     Plaintiffs replead Paragraphs 1 through 30 as if fully set forth herein.

32.     As a result of the negligence of Defendant John Baus, Plaintiffs Amy Buck and Eric Buck have suffered and will in the future continue to suffer loss of services; companionship; and society of Plaintiff M.B., their child.

WHEREFORE, Plaintiffs pray for judgment against Defendant John Baus in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action, and such other further relief as just.

## <u>DIVISION TWO – DEFENDANT SCHNEIDER NATIONAL CARRIERS</u>

### Count V – Liability of Owner or Lessee of a Vehicle

33.     Plaintiffs replead Paragraphs 1 through 32 as if fully set forth herein.

34.     Defendant Schneider National Carriers is liable for the negligence of Defendant

John Baus and the resulting damages as set forth in this Petition pursuant to Iowa Code Section 321.493.

WHEREFORE, Plaintiffs pray for judgment against Defendant Schneider National Carriers in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action, and such other further relief as just.

### Count VI – Liability for Actions of an Employee and/or Agent

35.     Plaintiffs replead Paragraphs 1 through 34 as if fully set forth herein.

36.     Defendant Schneider National Carriers is liable for the negligence of Defendant John Baus and the resulting damages as set forth in this Petition pursuant to the common law of *respondeat superior*.

37.     Defendant Schneider National Carriers is liable for the negligence of Defendant John Baus and the resulting damages as set forth in this Petition due to Defendant Schneider National Carriers' principal-agent relationship with Defendant John Baus.

WHEREFORE, Plaintiffs pray for judgment against Defendant Schneider National Carriers in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action, and such other further relief as just.

### Count VII – Negligence

38.     Plaintiffs replead Paragraphs 1 through 37 as if fully set forth herein.

39.     Defendant Schneider National Carriers was generally negligent and specifically negligent in its relationship with Defendant John Baus and with respect to the semi-tractor trailer John Baus was operating at the time of the collision at issue in this case, including but not limited to

6

the following particulars:

    a.  Failure to hire competent potential drivers;

    b.  Failure to choose competent potential drivers to act on its behalf;

    c.  Failure to properly train potential drivers;

    d.  Failure to supervise the training of potential drivers;

    e.  Failure to supervise the actions of drivers under its employ and/or acting on its behalf;

    f.  Retention of unfit potential drivers;

    g.  Maintenance of agency relationships with unfit drivers;

    h.  Entrusting John Baus, who Schneider National Carriers knew or should have known through the exercise of reasonable care, was an inexperienced or incompetent driver;

    i.  Failure to comply with Federal Motor Carrier Safety Regulations regarding unsafe driving;

    j.  Failure to comply with Federal Motor Carrier Safety Regulations regarding vehicle maintenance;

    k.  Failure to comply with Federal Motor Carrier Safety Regulations regarding driver fitness; and

    l.  Other manners which may become known through the course of discovery.

40.    Defendant Schneider National Carriers' negligence was a cause of the collision in which Plaintiffs were injured.

41.    As a result of the negligence of Defendant Schneider National Carriers, Plaintiffs Ian Buck; Jonas Buck; Amy Buck, and M.B. have suffered and will in the future continue to suffer injuries and damages, including but not limited to:

    a.  Past and future medical expenses;

    b.  Past lost wages and/or future loss of earning capacity;

    c.  Past and future physical and mental pain and suffering; and

    d.  Past and future loss of full mind and body.

WHEREFORE, Plaintiffs pray for judgment against Defendant Schneider National Carriers in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action,

7

and such other further relief as just.

## Count VIII – Spousal Consortium

42.    Plaintiffs replead Paragraphs 1 through 41 as if fully set forth herein.

43.    As a result of the negligence of Defendant Schneider National Carriers, Plaintiff Eric Buck has suffered and will in the future continue to suffer loss of services, companionship, and society of Plaintiff Amy Buck, his wife.

WHEREFORE, Plaintiffs pray for judgment against Defendant Schneider National Carriers in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action, and such other further relief as just.

## Count IX – Parental Consortium

44.    Plaintiffs replead Paragraphs 1 through 43 as if fully set forth herein.

45.    As a result of the negligence of Defendant Schneider national Carriers, Plaintiffs Ian Buck; Jonas Buck; and M.B. have suffered and will in the future continue to suffer loss of services; companionship; and society of Plaintiff Amy Buck, their mother.

WHEREFORE, Plaintiffs pray for judgment against Defendant Schneider National Carriers in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action, and such other further relief as just.

## Count X– Parent-Child Consortium

46.    Plaintiffs replead Paragraphs 1 through 45 as if fully set forth herein.

47.    As a result of the negligence of Defendant Schneider National Carriers, Plaintiffs Amy Buck and Eric Buck have suffered and will in the future continue to suffer loss of services;

8

companionship; and society of M.B., their child.

WHEREFORE, Plaintiffs pray for judgment against Defendant Schneider National Carriers in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action, and such other further relief as just.

## DIVISION THREE – USAA CASUALTY INSURANCE COMPANY

### Count XI – Underinsured and/or Uninsured Motorist Coverage

48.     Plaintiffs replead Paragraphs 1 through 47 as if fully set forth herein.

49.     Plaintiff Amy Buck entered into a contract of insurance with Defendant USAA Casualty Insurance Company, which policy included underinsured and uninsured motorist coverage.

50.     Upon information and belief, Defendants John Baus and Schneider National Carriers do not have assets or insurance sufficient to adequately compensate Plaintiffs.

WHEREFORE, Plaintiffs pray for judgment against Defendant USAA Casualty Insurance Company in an amount that will fully, fairly, and adequately compensate them for their injuries and damages resulting from this collision, together with interest as provided for by law, the costs of this action, and such other further relief as just.

## JURY DEMAND

Plaintiffs request a jury trial on all issues triable to a jury.

*/s/ Pressley Henningsen*
PRESSLEY HENNINGSEN AT0003402
*/s/ Tim Semelroth*
TIM SEMELROTH          AT0007057
*/s/ Benjamin Long*
BENJAMIN LONG          AT0010155
*/s/ Brian Ivers*
BRIAN IVERS            AT0003781
**RSH LEGAL, P.C.**
425 Second Street SE, Suite 1140
Cedar Rapids, IA  52401
        Phone: (319) 365-9200
        Fax:    (319) 365-1114
phenningsen@fightingforfairness.com
tsemelroth@fightingforfairness.com
blong@fightingforfairness.com
bivers@fightingforfairness.com
ATTORNEYS FOR PLAINTIFFS

Original filed.

10

# DISMISSAL WITHOUT PREJUDICE
FILED JUNE 3, 2019

IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY

| | |
|---|---|
| Ian Buck, Individually; Jonas Buck, Individually; Amy Buck, Individually; Eric Buck, Individually; and Amy Buck and Eric Buck as Parents and Next Friends of M.B., a Minor, | )<br>)<br>)  LAW NO. LACV137250<br>)<br>)<br>) |
| Plaintiffs, | )<br>)  **DISMISSAL WITHOUT PREJUDICE** |
| vs. | )<br>)  **(Schneider National Bulk Carriers, Inc.;** |
| John Baus; Schneider National Carriers, Inc.; Schneider National Bulk Carriers, Inc.; Schneider National, Inc.; and USAA Casualty Insurance Company, | )  **Schneider National, Inc.; and USAA**<br>)  **Casualty Insurance Company** <u>only</u>**)**<br>)<br>)<br>) |
| Defendants. | ) |

Plaintiffs, by and through undersigned counsel, hereby dismiss without prejudice all claims

against Defendants Schneider National Bulk Carriers, Inc.; Schneider National, Inc.; and USAA

Casualty Insurance Company <u>only</u>.

*/s/ Tim Semelroth*
TIM SEMELROTH          AT0007057
**RSH LEGAL, P.C.**
425 Second Street SE, Suite 1140
Cedar Rapids, IA  52401
          Phone: (319) 365-9200
          Fax:    (319) 365-1114
tsemelroth@fightingforfairness.com
ATTORNEY FOR PLAINTIFFS

Original filed.

# ACCEPTANCE OF SERVICE
FILED JUNE 11, 2019

IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY

| | | |
|---|---|---|
| Ian Buck, Individually; Jonas Buck, Individually; Amy Buck, Individually; Eric Buck, Individually; and Amy Buck and Eric Buck as Parents and Next Friends of M.B., a Minor, | ) ) ) ) ) ) | LAW NO. LACV137250 |
| Plaintiffs, | ) ) ) | **ACCEPTANCE OF SERVICE** |
| vs. | ) ) | |
| John Baus and Schneider National Carriers, Inc., | ) ) ) | |
| Defendants. | ) ) | |

STATE OF IOWA )
) ss:
COUNTY OF POLK)

I, Dennis P. Ogden, hereby accept service of the Petition and Original Notice in the above-referenced matter on behalf of Defendants John Baus and Schneider National Carriers, Inc. on this the 11th day of June, 2019.

Dennis P. Ogden
Brick Gentry, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266
Phone: (515) 271-5912
Fax:    (515) 274-1488
dennis.ogden@brickgentrylaw.com
ATTORNEY FOR DEFENDANTS

Subscribed and sworn to before me by Dennis P. Ogden on this 11th day of June, 2019.

MALLORY MATTSON
Commission Number 800928
My Commission Expires
December 22, 2019
NOTARIAL SEAL
IOWA

Notary Public, State of Iowa
My commission expires: December 22, 2019

# APPEARANCE
FILED JUNE 27, 2019

IN THE IOWA DISTRICT COURT FOR BLACK HAWK COUNTY

| | |
|---|---|
| IAN BUCK, INDIVIDUALLY; JONAS BUCK, INDIVIDUALLY; AMY BUCK, INDIVIDUALLY; ERIC BUCK, INDIVIDUALLY; AND AMY BUCK AND ERIC BUCK AS PARENTS AND NEXT FRIENDS OF M.B., A MINOR, | Law No. LACV137250 |
| Plaintiff, | |
| v. | **APPEARANCE** |
| JOHN BAUS; SCHNEIDER NATIONAL CARRIERS, INC., | |
| Defendants. | |

COMES NOW Dennis Ogden and respectfully enters an appearance on behalf of

Defendants, John Baus and Schneider National Carriers, Inc.

BRICK GENTRY, P.C.

By: */s/ Dennis P. Ogden*_____
Dennis P. Ogden          AT0005838
6701 Westown Pkwy, Ste. 100
West Des Moines, IA 50266
Telephone: (515) 271-5912
Facsimile: (515) 274-1488
E-mail: dennis.ogden@brickgentrylaw.com
*ATTORNEYS FOR DEFENDANTS*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was
served upon the parties to this action by serving a copy upon each
of the attorneys listed below on June 27, 2019, by

☐ U.S. Mail                    ■ EDMS

☐ Hand Delivered               ☐ Electronic Mail

☐ FedEx/ Overnight Carrier     ☐ Other

Pressley Henningsen
Tim Semelroth
Benjamin Long
Brian Ivers
RSH LEGAL, P.C.
425 Second Street SE, Suite 1140
Cedar Rapids, IA 52401
Phone: (319) 365-9200
Fax: (319) 365-1114
Email: phenningsen@fightingforfairness.com
Email: tsemelroth@fightingforfairness.com
Email: blong@fightingforfairness.com
Email: bivers@fightingforfairness.com
*ATTORNEYS FOR PLAINTIFFS*

Signature:    */s/ Dennis P. Ogden*